| | |
|---|---|
| 1 | ANDRÉ BIROTTE JR. |
| 2 | United States Attorney |
| | LEON W. WEIDMAN |
| 3 | Assistant United States Attorney |
| 4 | Chief, Civil Division |
| | DENNIS J. HANNA, CSBN 184475 |
| 5 | Special Assistant United States Attorney |
| 6 |     Social Security Administration |
| |     160 Spear St., Suite 800 |
| 7 |     San Francisco, CA  94105 |
| 8 |     Telephone:  (415) 977-8962 |
| 9 |     Facsimile:  (415) 744-0134    JS-6 |
| |     Email:  Dennis.Hanna@ssa.gov |
| 10 | Attorneys for Defendant |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| TINA L. SAPP, | ) No. 2:12-cv-03664-R-JCG |
| | ) |
| Plaintiff, | ) |
| | ) **JUDGMENT OF REMAND** |
| v. | ) |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |

    The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED:  Nov. 2, 2012

                                              HON. MANUEL L. REAL
                                              UNITED STATES DISTRICT JUDGE