ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
DENNIS J. HANNA, CSBN 184475
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone: 415-977-8962
    Facsimile: 415-744-0134
    Email: Dennis.Hanna@ssa.gov
Attorneys for Defendant
MICHAEL J. ASTRUE

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| TINA L. SAPP,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | No. 2:12-cv-03664-R-JCG<br><br>**ORDER AWARDING ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT, PURSUANT TO 28 U.S.C. § 2412(d), AND COSTS, PURSUANT TO 28 U.S.C. § 1920** |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act (EAJA) Fees and Costs, IT IS ORDERED that Plaintiff shall be awarded attorney fees under the EAJA in the amount of THREE THOUSAND DOLLARS ($3,000.00), and costs under 28 U.S.C. § 1920, in the amount of ONE HUNDRED SIXTY DOLLARS AND EIGHTY ONE/CENTS ($160.81), subject to the terms of the above-referenced Stipulation. Any payment shall be delivered to Plaintiff's counsel.

Dated:  FEB. 11, 2013

                                      HON. MANUEL L. REAL
                                      UNITED STATES DISTRICT JUDGE